USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE 8th FAMILY COURT OF ISTANBUL, REPUBLIC OF TÜRKIYE IN THE MATTER OF NEZIH ABDULLAH CETIN V. BARRY OWEN TÜMER | Case No. M 93<br><br>24 Misc. 260<br><br>*EX PARTE* ORDER |

WHEREAS, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, on behalf of the 8th Family Court of Istanbul, Republic of Türkiye, in *Nezih Abdullah Cetin v. Barry Owen Tümer*, Foreign Reference Number 2018/863, through its Application pursuant to 28 U.S.C. § 1782, is seeking a DNA sample and other evidence from Barry Owen Tümer, for use in connection with a judicial proceeding in the 8th Family Court of Istanbul, Republic of Türkiye; and

WHEREAS, upon review of the Letter of Request issued by the 8th Family Court of Istanbul, Republic of Türkiye in *Nezih Abdullah Cetin v. Barry Owen Tümer*, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Türkiye, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED, pursuant to the authority contained in Title 28, United States Code Section 1782(a), that Leslie A. Ramirez-Fisher, Assistant United States Attorney for the Southern District of New York, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Barry Owen Tümer; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

It is further ORDERED that the U.S. Marshals Service shall personally serve a copy of the *Ex Parte* Application for Order Pursuant to 28 U.S.C. § 1782(a) and all attachments and exhibits to that document, and a copy of this Order on Barry Owen Tümer at his last known

address, or at any location Barry Owen Tümer is found, within the Southern District of New York.

It is further ORDERED that the U.S. Marshals Service shall be the entity responsible for obtaining the DNA sample and other identification requirements from Barry Owen Tümer.

Dated:  October 22, 2024
         New York, New York

SO ORDERED:

_____
ANALISA TORRES
United States District Judge