USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE: REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE 8th
FAMILY COURT OF ISTANBUL, REPUBLIC
OF TÜRKIYE IN THE MATTER OF NEZIH
ABDULLAH CETIN V. BARRY OWEN
TÜMER

24 Misc. 260 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Mr. Tümer's letter at ECF No. 12.  By today, **April 4, 2025**, at **9:00 p.m.**, the Government shall indicate whether it opposes Mr. Tümer's request for a three-week adjournment of the show-cause hearing scheduled for April 7.

      SO ORDERED.

Dated: April 4, 2025
       New York, New York

ANALISA TORRES
United States District Judge