

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 4, 2025

By ECF
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *In re U.S. Department of Justice*, No. 24-mc-260-AT

Dear Judge Torres:

    This Office represents the U.S. Department of Justice in this matter seeking an order, pursuant to 28 U.S.C. § 1782(a), appointing the undersigned as Commissioner for the purposes of obtaining a buccal mucosa-extraction (DNA sample) and certain other identifying documents and information from Barry Owen Tümer.

    The government writes respectfully in response to the Court's order, ECF No. 13, directing the government to indicate whether it opposes Mr. Tümer's request for a three-week adjournment of the show cause hearing scheduled for April 7, 2025. Based on Mr. Tümer's representation that he is currently out of the country, the government does not oppose this request.

    Thank you for your consideration of this matter.

    Respectfully,

    MATTHEW PODOLSKY
    Acting United States Attorney

     /s/ Leslie A. Ramirez-Fisher
BY:    LESLIE A. RAMIREZ-FISHER
    Assistant U.S. Attorney
    Telephone: (212) 637-0378
    Email: leslie.ramirez-fisher@usdoj.gov