UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE: REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE 8th
FAMILY COURT OF ISTANBUL, REPUBLIC
OF TÜRKIYE IN THE MATTER OF NEZIH
ABDULLAH CETIN V. BARRY OWEN
TÜMER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2025__

24 Misc. 260 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The show-cause hearing scheduled for April 7, 2025, is ADJOURNED to **April 28, 2025**, at **10:00 a.m.**

    SO ORDERED.

Dated: April 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge