UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE: REQUEST FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE 8th
FAMILY COURT OF ISTANBUL, REPUBLIC
OF TÜRKIYE IN THE MATTER OF NEZIH
ABDULLAH CETIN V. BARRY OWEN
TÜMER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/30/2026___

24 Misc. 260 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 28, 2025, the Court held a hearing in this matter in which it directed Mr. Barry Owen Tümer to show cause why he should not be held in contempt for failing to provide subpoenaed evidence to the Government, including a DNA sample and other identifying documents and information. *See* 4/28/2025 Minute Entry. At the hearing, the Court directed the Government to make further submissions regarding the subpoenaed evidence. *See id.* To date, the Court has received no such submissions from the Government. Accordingly, by **February 12, 2026**, the Government shall file a status update.

SO ORDERED.

Dated: January 29, 2026
New York, New York

ANALISA TORRES
United States District Judge